ACCEPTED
12-17-00174-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/28/2017 11:25 AM
Pam Estes
CLERK

CAUSE NO. 12-17-00174-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/28/2017 11:25:09 AM
PAM ESTES
Clerk

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE COURT OF APPEALS

TWELFTH DISTRICT OF TEXAS

TYLER, TEXAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE STATE OF TEXAS

FOR THE BEST INTEREST AND PROTECTION OF

B.D.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPELLEE'S MOTION FOR EXTENSION OF TIME TO
FILE ITS APPELLATE BRIEF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPELLEE'S FIRST REQUEST FOR EXTENSION TO FILE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT OF APPEALS:

NOW COMES Appellee, State of Texas, before this Court, in the Trial Court in Cause Number 42123 before the County Court at Law, Cherokee County, Texas, and files this Request for Extension to File Brief, pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, and for same would show unto the Court as follows, to-wit:

I.

This is Appellee's first motion for extension of the deadline for the filing of Appellant's

1

Brief.

## II.

The Appellee's Brief is due to be filed on or before July 31, 2017.

## III.

The State seeks leave of Court to file its Brief, and in support thereof submits the following:

1. The State of Texas is the Appellee in the above-styled and numbered cause.

2. This is the first extension requested by the Appellee.

3. The undersigned attorney works in a two prosecutor office with limited resources.

4. The undersigned attorney has appeared in many hearings and pre-trials since filing Notice of Appeal.

5. The undersigned attorney was required to appear in a parental rights termination trial as second chair-counsel from Monday, July 24, 2017 through Wednesday, July 26, 2017.

6. The undersigned attorney is currently in preparation for a juvenile trial as first-chair counsel. Said trial is to begin on Tuesday, August 1, 2017.

## IV.

Appellee would show that he has conferred with opposing counsel and the Request is presented as UNOPPOSED.

## V.

Appellee certifies that WORD format character count is 522.

2

Arron P. Swink

WHEREFORE, PREMISES CONSIDERED, State of Texas prays the Court of Appeals will grant its Motion, and allow for the filing of its appellate Brief by 5:00 p.m. on Thursday, August 10, 2017.

RESPECTFULLY SUBMITTED BY:

Arron P. Swink,
Assistant County Attorney
Cherokee County, Texas
135 S. Main St.
Rusk, Texas 75785
903.683.2423
Texas Bar No. 24079428

3

## VERIFICATION

STATE OF TEXAS            )(
COUNTY OF CHEROKEE   )(

BEFORE ME, the undersigned authority, on this day personally appeared Arron P. Swink, who, upon his oath, deposes the following:

My name is Arron P. Swink. I am an attorney representing the Cherokee County Attorney's office. I have prepared and reviewed the contents of the foregoing Motion as it pertains to the above-styled and -numbered causes of action, and I affirm that its contents are true and correct to my personal knowledge and information.

FURTHER AFFIANT SAITH NOT.

_____
Arron P. Swink, Affiant

Sworn to and subscribed before me on the 28th day of July, 2017, to certify which witness my

hand and seal of office.

SHEILA McCUTCHEON JACOBS
Notary Public
STATE OF TEXAS
ID# 12928223-3
My Comm. Exp. Jan. 10, 2021

_Sheila McCutcheon Jacobs_
Notary Public, The State of Texas

My Commission expires January 10, 2021

4

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing State's Motion for Extension of Time to File its Appellee Brief was delivered to Mr. Caleb T. Blewett, by way of facsimile transmission and/or hand-delivery on the 28th day of July, 2017.

_____
Arron P. Swink

5